UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GILL, | No. 2:20-cv-02802-SAB-PJW |
|     Plaintiff, | |
|     v. | |
| C. R. BARD, INC., and BARD | **ORDER DISMISSING CASE;** |
| PERIPHERAL VASCULAR, INC., | **CLOSING FILE** |
|     Defendants. | |
| | **[ECF NO. 28]** |

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice, ECF No. 28. The parties stipulate that Plaintiffs claims in the above-captioned matter can be dismissed without prejudice with each party to bear its own costs.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE; CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1.   Pursuant to the parties' Joint Stipulation of Dismissal Without Prejudice, ECF No. 28, the above-captioned matter is **DISMISSED** without prejudice with each party to bear its own costs.

2.   The District Court Executive is directed to **CLOSE** the file.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 19th day of February 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING CASE; CLOSING FILE ~ 2**